UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
VICTORY PRODUCTION & ENGINEERING, L    Case No. 05-83816 MBM
                                       Chapter 7
                                       HON. Marci B. McIvor

               Debtor(s).               /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Apollo Broach<br>32001 Schoolcraft<br>Livonia, MI 48150 | 2 | $37.55 |
| Green Oak Grinding<br>10181 Colonial Ind Dr<br>South Lyon, MI 48178 | 5 | $8.43 |
| Cadillac Oil Co<br>13650 Helen Avenue<br>Detroit, MI 48212 | 14 | $19.82 |
| | **TOTAL** | **$65.80** |

Dated: August 19, 2010

/s/Timothy J. Miller
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com